IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISON

UNITED STATES OF AMERICA

VS.                                                     CRIMINAL NO. 2:16-cr-7-KS-MTP

CHARLES BOLTON

LINDA BOLTON

## **ORDER**

        This cause is before the Court on the motion of Linda Bolton for leave to file under seal a supplement to her renewed motion for a new trial [130]. In her motion she requests the Court to allow her to supplement her motion by adding paragraphs 22, 23 and 24 from her presentence report. The Court has access to the presentence report and supplementing the motion with copies of said paragraphs is unnecessary and therefore the Court **DENIES** this motion.

        SO ORDERED, this the _____9TH___ day of December, 2016.


                                     __s/Keith Starrett_____

                                     UNITED STATES DISTRICT JUDGE