**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL ACTION NO. 2:16-CR-7-KS-MTP**

**CHARLES BOLTON and**
**LINDA BOLTON**

### ORDER

This matter is before the Court on the Motion for Leave to File Under Seal [137] filed by Defendant Linda Bolton. Defendant has represented that her reply to Government's sealed response [136] will contain similarly sensitive information from the presentence report and requests leave to file said reply under seal. Defendant's Motion for Leave to File Under Seal [137] is **granted** in an abundance of caution, and Defendant is granted leave to file her reply under seal.

SO ORDERED AND ADJUDGED this the 14th day of December, 2016.

 s/Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE